RECEIVED
IN LAKE CHARLES, LA

APR 23 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SIDNEY SIMIEN | : | DOCKET NO. 04-2265 |
| VS. | : | JUDGE MINALDI |
| KENNETH APFEL, COMMISSIONER<br>SOCIAL SECURITY<br>ADMINISTRATION | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 15] is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE